# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: DELCOLLO, ANTHONY J | § | Case No. 1:09-43482 |
| DELCOLLO, VIOLET M | § | |
| CENTER, DELCOLLO SEVICE | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW SKLAR, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $10,400.00
*(without deducting any secured claims)*

Assets Exempt: $10,400.00

Total Distribution to Claimants: $0.00

Claims Discharged
Without Payment: $166,331.10

Total Expenses of Administration: $4,000.07

3) Total gross receipts of $ 4,000.07 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,000.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,339.35 | 5,339.35 | 4,000.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 9,370.90 | 2,239.51 | 2,239.51 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 149,164.30 | 132,813.27 | 120,335.98 | 0.00 |
| **TOTAL DISBURSEMENTS** | $158,535.20 | $140,392.13 | $127,914.84 | $4,000.07 |

4) This case was originally filed under Chapter 7 on December 11, 2009. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/19/2012_____   By: /s/ANDREW SKLAR_____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| preference claim v. Doug DelCollo | 1241-000 | 4,000.00 |
| Interest Income | 1270-000 | 0.07 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.07** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW SKLAR | 2100-000 | N/A | 1,000.02 | 1,000.02 | 710.93 |
| ANDREW SKLAR | 2200-000 | N/A | 3.00 | 3.00 | 2.13 |
| Sklar-Markind | 3120-000 | N/A | 326.34 | 326.34 | 232.00 |
| Sklar-Markind | 3110-000 | N/A | 3,303.50 | 3,303.50 | 2,348.52 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 0.92 | 0.92 | 0.92 |
| US Bankruptcy Clerk | 2700-000 | N/A | 500.00 | 500.00 | 500.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| International Sureties, LTD. | 2300-000 | N/A | 5.57 | 5.57 | 5.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,339.35 | $5,339.35 | $4,000.07 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22 | STATE OF NEW JERSEY | 5800-000 | 2,370.90 | 2,239.51 | 2,239.51 | 0.00 |
| NOTFILED | State of New Jersey Division of Taxation | 5200-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service Special Procedures Branch | 5800-000 | 4,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $9,370.90 | $2,239.51 | $2,239.51 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 11,313.00 | 12,440.88 | 12,440.88 | 0.00 |
| 2 | TARGET NATIONAL BANK | 7100-000 | 420.00 | 470.05 | 470.05 | 0.00 |
| 3 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | 7100-000 | 17,706.00 | 17,706.23 | 17,706.23 | 0.00 |
| 4 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | 7100-000 | 8,814.00 | 9,240.71 | 9,240.71 | 0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 2,474.83 | 2,474.83 | 0.00 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 2,002.54 | 2,002.54 | 0.00 |
| 7 | CHASE BANK USA, N.A. | 7100-000 | 10,069.00 | 10,069.39 | 10,069.39 | 0.00 |
| 8 | CHASE BANK USA, N.A. | 7100-000 | 10,517.00 | 10,517.32 | 10,517.32 | 0.00 |
| 9 | CHASE BANK USA, N.A. | 7100-000 | 6,879.00 | 6,879.22 | 6,879.22 | 0.00 |
| 10 | CHASE BANK USA NA | 7100-000 | N/A | 9,917.04 | 9,917.04 | 0.00 |
| 11 | AMERICAN EXPRESS BANK FSB | 7100-000 | 18,000.00 | 17,653.94 | 17,653.94 | 0.00 |
| 12 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | 7100-000 | 7,000.00 | 6,821.82 | 6,821.82 | 0.00 |
| 13 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 7100-000 | 1,638.80 | 969.89 | 969.89 | 0.00 |
| 14 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 7100-000 | N/A | 1,359.83 | 1,359.83 | 0.00 |
| 15 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 7100-000 | 451.00 | 528.54 | 528.54 | 0.00 |
| 16 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 2,632.00 | 2,551.54 | 2,551.54 | 0.00 |
| 17 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 5,304.71 | 5,304.71 | 5,304.71 | 0.00 |
| 18 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 779.61 | 779.61 | 779.61 | 0.00 |
| 19 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 7100-000 | N/A | 1,028.36 | 1,028.36 | 0.00 |
| 20 | CITIFINANCIAL INC | 7100-000 | 3,090.00 | 3,011.29 | 0.00 | 0.00 |
| 21 | HSBC BANK NEVADA, N.A. | 7100-000 | 1,555.06 | 1,619.53 | 1,619.53 | 0.00 |
| 23 | FREEMAN MINTZ | 7100-000 | N/A | 9,466.00 | 0.00 | 0.00 |
| NOTFILED | Horizon Blue Cross Blue Shield of New Jersey | 7100-000 | 1,187.40 | N/A | N/A | 0.00 |
| NOTFILED | GEMB / Old Navy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/j Crew | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Horizon Blue cross Blue Shield of NJ | 7100-000 | 1,347.90 | N/A | N/A | 0.00 |
| NOTFILED | Gecccc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Waste Management of New Jersey | 7100-000 | 166.00 | N/A | N/A | 0.00 |
| NOTFILED | Fashion Bug/soanb | 7100-000 | 119.00 | N/A | N/A | 0.00 |
| NOTFILED | First Data | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Citibank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/funancing | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Drive Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Victoria's Secret | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club | 7100-000 | 1,306.82 | N/A | N/A | 0.00 |
| NOTFILED | Sovereign Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 453.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Fin Systems | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | UnITED Recovery Systems | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb Macy's Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb Macy's Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 646.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Childrens Place | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 96.00 | N/A | N/A | 0.00 |
| NOTFILED | Td Bank N.a. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lakeland Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 13,068.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank Usa, Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 2,335.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital Management Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 12,890.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o Becket and Lee | 7100-000 | 1,428.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o Becket and Lee | 7100-000 | 2,952.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $149,164.30 | $132,813.27 | $120,335.98 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1:09-43482

**Case Name:** DELCOLLO, ANTHONY J
DELCOLLO, VIOLET M

**Period Ending:** 09/19/12

**Trustee:**      (500320)    ANDREW SKLAR

**Filed (f) or Converted (c):** 12/11/09 (f)

**§341(a) Meeting Date:** 01/15/10

**Claims Bar Date:** 04/26/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)**<br>**DA=§554(c)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1   cash on hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 2   $1200 Indian Run Appt Kellet Group LLC Randolf n | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 3   Misc Household goods | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 4   Used clothes | 600.00 | 0.00 | DA | 0.00 | FA |
| 5   Misc costume jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6   2000 Cadillac | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 7   preference claim v. Joe Delcollo  (u)<br>     Adv No. 10-1253 | 0.00 | 5,000.00 | | 0.00 | FA |
| 8   preference claim v. Doug DelCollo  (u)<br>     Adv. No. 10-1254 | 0.00 | 25,000.00 | | 4,000.00 | FA |
| Int   INTEREST  (u) | Unknown | N/A | | 0.07 | FA |
| 9   **Assets      Totals** (Excluding unknown values) | **$10,400.00** | **$30,000.00** | | **$4,000.07** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR filed on  04/24/2012

TDR filed 09-14-2012

**Initial Projected Date Of Final Report (TFR):**     October 31, 2011

**Current Projected Date Of Final Report (TFR):**     April 24, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 1:09-43482 | **Trustee:** ANDREW SKLAR (500320) |
| **Case Name:** DELCOLLO, ANTHONY J | **Bank Name:** The Bank of New York Mellon |
| DELCOLLO, VIOLET M | **Account:** 9200-******56-65 - Checking Account |
| **Taxpayer ID #:** **-***9001 | **Blanket Bond:** $31,836,456.00  (per case limit) |
| **Period Ending:** 09/19/12 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/13/11 | {8} | Douglas A. Delcollo | installment payment on settlement | 1241-000 | 500.00 | | 500.00 |
| 06/10/11 | {8} | Douglas A. Delcollo | installment payment | 1241-000 | 500.00 | | 1,000.00 |
| 07/19/11 | {8} | Douglas A. Delcollo | installment payment | 1241-000 | 500.00 | | 1,500.00 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 0.92 | 1,499.08 |
| 08/18/11 | {8} | Douglas A Delcollo | installment payment | 1241-000 | 500.00 | | 1,999.08 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,999.09 |
| 08/31/11 | | To Account #9200******5666 | for filing fees | 9999-000 | | 500.00 | 1,499.09 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,474.09 |
| 09/15/11 | {8} | Douglas A. Delcollo | installment payment on settlement | 1241-000 | 500.00 | | 1,974.09 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,974.10 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,949.10 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,949.11 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,924.11 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,924.12 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,899.12 |
| 12/07/11 | {8} | Douglas A. Delcollo | installment payment | 1241-000 | 1,500.00 | | 3,399.12 |
| 12/23/11 | 1001 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/23/2011 FOR CASE #09-43482 | 2300-000 | | 5.57 | 3,393.55 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 3,393.56 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,368.56 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,368.58 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,343.58 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,318.58 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,293.58 |
| 07/30/12 | 1002 | ANDREW SKLAR | Dividend paid  71.09% on $1,000.02, Trustee Compensation;  Reference: | 2100-000 | | 710.93 | 2,582.65 |
| 07/30/12 | 1003 | ANDREW SKLAR | Dividend paid  71.09% on $3.00, Trustee Expenses;  Reference: | 2200-000 | | 2.13 | 2,580.52 |
| 07/30/12 | 1004 | Sklar-Markind | Dividend paid  71.09% on $326.34, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 232.00 | 2,348.52 |
| 07/30/12 | 1005 | Sklar-Markind | Dividend paid  71.09% on $3,303.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,348.52 | 0.00 |

Subtotals :                    $4,000.07          $4,000.07

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 1:09-43482 | **Trustee:** ANDREW SKLAR (500320) |
| **Case Name:** | DELCOLLO, ANTHONY J | **Bank Name:** The Bank of New York Mellon |
| | DELCOLLO, VIOLET M | **Account:** 9200-******56-65 - Checking Account |
| **Taxpayer ID #:** | **-***9001 | **Blanket Bond:** $31,836,456.00  (per case limit) |
| **Period Ending:** | 09/19/12 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **4,000.07** | **4,000.07** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 500.00 | |
| | | | **Subtotal** | | **4,000.07** | **3,500.07** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,000.07** | **$3,500.07** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 1:09-43482

**Case Name:** DELCOLLO, ANTHONY J
DELCOLLO, VIOLET M

**Taxpayer ID #:** **-***9001

**Period Ending:** 09/19/12

**Trustee:** ANDREW SKLAR (500320)

**Bank Name:** The Bank of New York Mellon

**Account:** 9200-******56-66 - Checking Account

**Blanket Bond:** $31,836,456.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/11 | | From Account #9200******5665 | for filing fees | 9999-000 | 500.00 | | 500.00 |
| 08/31/11 | 101 | US Bankruptcy Clerk | filing fees:  10-1253 and 10-1254 | 2700-000 | | 500.00 | 0.00 |

|  |  | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | **500.00** | **500.00** | **$0.00** |
| | Less: Bank Transfers | 500.00 | 0.00 | |
| | **Subtotal** | **0.00** | **500.00** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$500.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******56-65** | **4,000.07** | **3,500.07** | **0.00** |
| **Checking # 9200-******56-66** | **0.00** | **500.00** | **0.00** |
| | **$4,000.07** | **$4,000.07** | **$0.00** |

{} Asset reference(s)

Printed: 09/19/2012 11:09 AM   V.13.03